UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

10 CV 26

---

GENERAL ELECTRIC CAPITAL CORPORATION,

Plaintiff,

-v-

BLACK CROW MEDIA, L.L.C., et al.,

Defendant.

Case No. _____

**Rule 7.1 Statement**

RECEIVED JAN - 4 2010 U.S.D.C. S.D.N.Y. CASHIERS

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

General Electric Capital Corporation  (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

General Electric Capital Services, Inc. is the corporate parent of Plaintiff General Electric Capital Corporation ("GE Capital"). The General Electric Company is the grand parent of GE Capital. Only the grand parent company is publicly traded.

Date: January 4, 2010

Signature of Attorney

Attorney Bar Code: 1298

Form Rule7_1.pdf  SDNY Web 10/2007